No. 12–5743. Younge *v.* United States. C. A. 2d Cir. Certiorari denied. Justice Kagan took no part in the consideration or decision of this petition.

No. 12–5765. Williams *v.* United States. C. A. 8th Cir. Certiorari denied. Justice Kagan took no part in the consideration or decision of this petition.

No. 12–5897. Schwartz *v.* United States. C. A. 3d Cir. Certiorari denied. Justice Kagan took no part in the consideration or decision of this petition.

No. 12–5908. Williams *v.* United States. C. A. 11th Cir. Certiorari denied. Justice Kagan took no part in the consideration or decision of this petition.

No. 12–5938. Peer *v.* United States. C. A. 9th Cir. Certiorari denied. Justice Kagan took no part in the consideration or decision of this petition.

No. 12–5944. Cesal *v.* Cross, Warden. C. A. 7th Cir. Certiorari denied. Justice Kagan took no part in the consideration or decision of this petition.

No. 11–1251. Bowersock *v.* City of Lima, Ohio, 566 U. S. 1035;

No. 11–8846. Burghart *v.* Shinseki, Secretary of Veterans Affairs, 566 U. S. 927;

No. 11–9189. Gamage *v.* Mississippi, 566 U. S. 994;

No. 11–9768. Blackmon *v.* Douglas, Warden, 567 U. S. 929;

No. 11–9899. Davis *v.* Akin's et al., 567 U. S. 910; and

No. 11–9964. Morris *v.* Malfi, Warden, et al., 567 U. S. 940. Petitions for rehearing denied.

October 4, 2012

No. 11–1351. Levin *v.* United States et al. C. A. 9th Cir. [Certiorari granted, 567 U. S. 968.] James A. Feldman, Esq., of Washington, D. C., is invited to brief and argue this case as *amicus curiae* in support of petitioner.